UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:19-CR-00111-D-6

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>REFUGIO VEGA | ORDER |

THIS CAUSE came on to be heard and was heard upon the Defendant's Proposed Sealed Motion, which is docket entry number 455. The Court is of the opinion that this motion and its corresponding Order should be filed under seal in the interest of justice.

IT IS, THEREFORE ORDERED that the requested documents to be sealed and be filed under seal.

This the 29 day of September 2020.

THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT COURT JUDGE