UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:19-CR-00111-D-6

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>REFUGIO VEGA | ORDER |

THIS CAUSE came on to be heard and was heard upon the Defendant's Proposed Sealed Document, which is docket entry number 509. The Court is of the opinion that this document and its corresponding exhibit should be filed under seal in the interest of justice.

IT IS, THEREFORE ORDERED that the requested documents to be sealed and be filed under seal.

This the 21 day of December 2020.

THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT COURT JUDGE